IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-22-D
No. 5:13-CV-456-D

| | | |
|---|---|---|
| DARRYL CHRISTOPHER DAVENDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On August 22, 2014, Darryl Christopher Davender ("Davender") filed a motion for reconsideration [D.E. 54]. Davender asks the court to reconsider its October 7, 2013 order denying him relief under 28 U.S.C. § 2255. The motion for reconsideration lacks merit, and the motion [D.E. 54] is DENIED.

The court denies a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 483–84 (2000).

SO ORDERED. This 12 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge